B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re    Lawrence Kates    ,    Case No. _____
        Debtor                                    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Doe not disclose the child's name. See 11 U.S.C. §112 and Fed.R.Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and compete mailing address, including zip code, of employee, agent, or department, of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Leonard & Leona Saken Trustees L&L Saken Revocable Trust PO Box 9266 North Hollywood CA 91609 | | Loan | Unliquidated | $5,291,972.99 |
| Roger Camras 10433 Wilshire Blvd. Los Angeles CA 90024 | | Loan | Unliquidated | 2,210,594.57 |
| Lionel S. Walpin Trust Lionel A. Walpin, Trustee 127 West Hazel Street Inglewood CA 90302 | | Loan | Unliquidated | 1,785,300.00 |
| Seymour & Evelyn Waterman Trustees Restated Waterman Family Trust 16459 Garvin Drive Encino CA 91436 | | Loan | Unliquidated | 1,275,000.00 |
| Lutrin Revocable Trust Dated 6/7/77 Harold Lutrin, Trustee PO Box 4195 Palm Springs CA 92263 | | Loan | Unliquidated | 1,150,181.84 |

| Creditor | Type | Status | Amount |
|---|---|---|---|
| Claire Stern<br>Trustee of the Stern Survivor Trust<br>5315 Yarmouth Ave #321<br>Encino CA 91316-3172 | Loan | Unliquidated | $970,000.00 |
| David Kasper<br>25065 Ashley Ridge Rd<br>Hidden Hills CA 91302 | Loan | Unliquidated | 900,000.00 |
| Tikva Nemani or Shirin Pashaie<br>9595 Stuart Lane<br>Beverly Hills CA 90210-1723 | Loan | Unliquidated | 825,000.00 |
| Lisa and Steven Weiss<br>16051 Jeanne Lane<br>Encino CA 91436 | Loan | Unliquidated | 786,000.00 |
| Bronte Family Trust<br>Ruth Alan or Les Bronte<br>Co-Trustees<br>1038 S. Robertson Blvd. #5<br>Los Angeles CA 90035 | Loan | Unliquidated | 784,784.96 |
| Joel Saken<br>10773 Weyburn Ave<br>Los Angeles CA 90024 | Loan | Unliquidated | 780,000.00 |
| Sanders Trust, Sub-Trust A<br>Madeline P. Sanders, Trustee<br>6031 Lindley Ave Unit 26<br>Tarzana CA 91356-1730 | Loan | Unliquidated | 730,000.00 |
| Paul H. Costello or<br>John Francis Costello<br>1306 Georgetowne Circle<br>Sarasota FL 34232-2010 | Loan | Unliquidated | 690,000.00 |
| Strodaka LLC<br>c/o Les Bronte<br>1038 S. Robertson Blvd #5<br>Los Angeles CA 90035 | Loan | Unliquidated | 615,000.00 |

| Name/Address | | Type | Status | Amount |
|---|---|---|---|---|
| Darlene B. Miller<br>Trustee of the D.B.<br>Separate Property Trust<br>20041 Gypsy Lane<br>Woodland Hills CA 91364-4709 | | Loan | Unliquidated | $597,802.86 |
| Mary E. Willia<br>165 N. Swall Drive Unit 104<br>Beverly Hills CA 90211 | | Loan | Unliquidated | 580,000.00 |
| Leona Saken<br>L&L Saken Revocable Trust<br>4450 Coronet Drive<br>Encino CA 91316 | | Loan | Unliquidated | 530,000.00 |
| Esther G. Henkin Revocable Trust<br>Esther Gill Henkin, Trustee<br>2700 Neilson Way # 530<br>Santa Monica CA 90405 | | Loan | Unliquidated | 500,000.00 |
| Kathy Credle<br>24132 Long Valley Road<br>Hidden Hills CA 91302 | | Loan | Unliquidated | 500,000.00 |
| Mayo K. Berman<br>261 South Citrus Avenue<br>Los Angeles CA 90036 | | Loan | Unliquidated | 493,067.83 |

Date: 1/12/09

_____
Debtor

*[Declaration as in Form 2]*