UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME __Lawrence Kates__   CASE NO __09-10188-SJS__

FOR:  ☐ DEBTOR

☐ JOINT DEBTOR

☒ CREDITOR

☐ ATTORNEY  (**Please include Bar ID Number** _____)

☐ PLAINTIFF

☐ DEFENDANT

NEW ADDRESS:

NAME: __Dorothy D. Griffen__

ADDRESS: __44 El Toro Drive__

__Rancho Mirage, CA 92270__

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Mark D. Northrup        Date __6-04-10__
Mark D. Northrup, #16947
Attorney for the Debtor

CHANGE OF ADDRESS

(rev.7/1/08)
RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER OR EMAIL ADDRESS

  (a) Written Notice of Change of Address, Phone, Email Address. Notices of changes of address, telephone number, and email address must be filed in writing within 10 days of the effective date and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

  (b) Conclusive Address. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.

  (c) The address and telephone number of a party or his or her attorney, as noted on the first pleading or as changed in accordance with subparagraphs (a) or (b), shall be conclusively taken as the last known address and telephone number of said party or attorney.

  (d) Any party who is not represented by an attorney and who is without a telephone shall provide the name and telephone number of a person through whom that party may be contacted.

  (e) Notices of changes of address or telephone number must be given, in writing, within 10 days of the effective date, to the clerk of the court, the United States trustee, the trustee, parties requesting special notice, and all parties to any adversary proceeding in which the party is involved.