Marc Barreca, WSBA #13412
David C. Neu, WSBA #33143
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>LAWRENCE KATES<br><br>Debtor. | Case No: 09-10188<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

**PLEASE TAKE NOTICE** that Marc Barreca, is hereby withdrawing as counsel and should be removed from all service lists, including the court's electronic notification list, in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the following person should be substituted for David C. Neu and should be added to all service lists, including the court's electronic notification list, in the above-captioned cases.

> David C. Neu, WSBA #33143
> K&L Gates LLP
> 925 Fourth Avenue, Suite 2900
> Seattle, WA 98104-1158
> Tel: (206) 370-8125
> Fax: (206) 370-6289
> david.neu@klgates.com

NOTICE OF WITHDRAWAL - 1

K:\2032175\00002\21664_KS\21664P31OZ

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 09-10188-SJS    Doc 306    Filed 06/30/10    Entered 06/30/10 08:31:11    Page 1 of 2

1  Dated: June 28th, 2010

2  Respectfully Submitted,

3

4  By:    /s/ Marc Barreca
           Marc Barreca, WSBA #13412
           K&L Gates LLP
           925 Fourth Avenue, Suite 2900
           Seattle, WA 98104-1158
           Phone: (206) 623-7580
           Facsimile: (206) 623-7022
           E-mail: marc.barreca@klgates.com

By:    /s/ David C. Neu
           David C. Neu, WSBA #33143
           K&L Gates LLP
           925 Fourth Avenue, Suite 2900
           Seattle, WA 98104-1158
           Tel: (206) 623-7580
           Fax: (206) 623-7022
           david.neu@klgates.com

NOTICE OF WITHDRAWAL - 2

K:\2032175\00002\21664_KS\21664P31OZ

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 09-10188-SJS    Doc 306    Filed 06/30/10    Entered 06/30/10 08:31:11    Page 2 of 2