Bruce W. Leaverton
Tereza Simonyan
Lane Powell PC
1420 Fifth Ave., Ste. 4100
Seattle, WA 98101
P: (206) 223-7000
F: (206) 223-7107
Attorneys for Stapleton Group,
Inc., the Plan Administrator

HONORABLE TIMOTHY W. DORE
CHAPTER 11
**Hearing Date**: August 23, 2013
**Hearing Time**: 9:30 a.m.
**Location:** U.S. Courthouse
Courtroom: 8106
700 Stewart Street
Seattle, WA 98101
**Response Date:** August 16, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>Lawrence Kates,<br><br>              Debtor. | No. 09-10188-TWD<br><br>**DECLARATION OF DAVID STAPLETON IN SUPPORT OF MOTION FOR ORDER APPROVING SALE OF REMAINING PATENT-RELATED ASSETS TO STALKING HORSE BIDDER OR OTHER PREVAILING BIDDER UNDER PROPOSED BID PROCEDURES** |

David Stapleton, in support of the PA's Motion for Order Approving Sale of Remaining Patent-Related Assets to Stalking Horse Bidder or Other Prevailing Bidder Under Proposed Bid Procedures (the "Sale Motion"), states and declares as follows:

1.     I am the President of the Stapleton Group, Inc. ("Stapleton"), which was appointed by the Court as the Plan Administrator (the "PA") under the confirmed Plan of Reorganization in the Chapter 11 case of Lawrence Kates. The matters testified to herein are personally known to me to be true and correct.

2.     The Debtor filed a voluntary petition pursuant to Chapter 11 of the United States Bankruptcy Code on January 12, 2009 (the "Petition Date"). The Plan was confirmed

DECLARATION OF DAVID STAPLETON ISO MOTION FOR
ORDER APPROVING SALE OF REMAINING PATENT-RELATED
ASSETS TO STALKING HORSE BIDDER OR OTHER
PREVAILING BIDDER UNDER PROPOSED BIDDING
134867.0061/5658559.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1    by this Court on April 16, 2010 (Dkt. #279), and Stapleton was appointed as the PA on May

2    14, 2010 (Dkt. # 288).

3        3.      The Plan authorizes the PA to liquidate the Kates' bankruptcy estate (the

4    "Estate") outside the ordinary course of business, subject to the consent of the Post-

5    Confirmation Creditors' Committee (the "PCC") and the approval of this Court (Dkt. #158).

6    On September 28, 2011, the Court approved the Patent-Related Asset Disposition Plan

7    proposed by the PA (the "Patent-Related Asset Disposition Plan") (Dkt. #711).

8        4.      The bankruptcy estate of Lawrence Kates (the "Kates Estate") currently owns

9    the patent assets classified in groups (#1) Fire Detection, (#3) Animal Training, (#4) Rodent

10   Detection, (#5) Common Cold Defense, (#6) Water Leak Detection, (#7) Touch Screen

11   Remote, (#8) Navigation System for the Blind, (#9) Assistance System for the Deaf, (#11)

12   Motorized Shade System, (#12) Method for Pest Control, (#13) Wearable Electronics and

13   (#16) "Security Detection" (the "Subject Patents")  .

14       5.      On May 30, 2013, the PA received a $25,000 offer from the Stalking Horse

15   Bidder (as defined under the Motion) for the purchase of the Subject Patents.

16       6.      On June 10, 2013, the Debtor also submitted an offer for the purchase of the

17   Subject Patents, in the amount of $30,000 "plus a $30 million earn out."

18       7.      The Stalking Horse Bidder has represented that it has no known affiliations to

19   the Debtor, the PA and/or the members of the Post Confirmation Creditors' Committee.

20       8.      The PA believes it to be in the best interests of the Estate and its creditors that

21   the sale of the Subject Patents occur pursuant to an auction and that the bid procedures set

22   forth in the Sale Motion apply.

23       9.      The PA fulfilled its obligations under the Plan and the Patent-Related Asset

24   Disposition Plan by making best efforts to sell the Patent-Related Assets.  The PA has

25   dedicated considerable time and effort in liquidating the Estate's intellectual property.  The

26   Patent-Related Assets have been marketed by two highly-esteemed intellectual

DECLARATION OF DAVID STAPLETON ISO MOTION FOR
ORDER APPROVING SALE OF REMAINING PATENT-RELATED
ASSETS TO STALKING HORSE BIDDER OR OTHER
PREVAILING BIDDER UNDER PROPOSED BIDDING
124867.0001/5658659.4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1 property brokers, GTT Group and ICAP Ocean Tomo ("ICAP"), and the Subject Patents have

2 been enlisted in ICAP's semi-annual auction on March 20, 2013, without generating any bids.

3      10.    The Stalking Horse Bidder's and the Debtor's offers described herein are the

4 first non-contingent, cash offers the PA has received for the purchase of the Subject Patents.

5 In June, 2012, the Debtor submitted a highly contingent offer to purchase all of Estate's

6 patent-related assets, which offer was denied by the PA as burdensome to the Estate.

7      11.    In addition to service of the Motion on all interested parties on the Kates

8 bankruptcy master mailing list, the PA, through its intellectual property consultant, has

9 contacted a number of other parties who have previously either expressed an interest in the

10 Estate patents or have been reached out in connection with the patent sales.

11      12.    Attached hereto as **Exhibit A** is the Bid Sheet submitted by the Stalking Horse

12 Bidder setting forth the amount of its highest bid. The contact information for the Stalking

13 Horse Bidder is redacted to protect its anonymity in connection with the purchase of the

14 Subject Patents. The unredacted version of the Stalking Horse Bidder's Bid Sheet has been

15 filed with the Court under seal concurrently with the Sale Motion.

16      13.    Attached as **Exhibit B** is a form of the Assignment document which the PA

17 shall execute upon closing of the sale of the Subject Patents.

18

19      I declare under penalty of perjury that the foregoing is true and correct.

20      DATED this 29 day of July, 2012.

21

22      David Stapleton

23

24

25

26

DECLARATION OF DAVID STAPLETON ISO MOTION FOR
ORDER APPROVING SALE OF REMAINING PATENT-RELATED
ASSETS TO STALKING HORSE BIDDER OR OTHER
PREVAILING BIDDER UNDER PROPOSED BIDDING
124867.0001/5358659.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# EXHIBIT "A"

Bid Sheet

**United State Bankruptcy Court Western District of Washington**
**Chapter 11 Case of Lawrence Kates, Case Number 09-10188**

### BID SHEET

By delivering this Bid Sheet, the Stalking Horse Bidder (as defined under the Motion for Order Approving Sale of Remaining Estate Patent-Related Assets to Stalking Horse Bidder or Other Prevailing Bidder, hereby places the following bid:

| | |
|---|---|
| Group Numbers and Titles: | Group 16 – Security & Detection; Group 6 – Water Leak Detection; Group 3 – Animal Training; Group 12 - Method for Pest Control; Group 4 – Rodent Detection; Group 1 – Fire Detection; Group 9 – System for the Deaf; Group 13 – Wearable Electronics; Group 8 – System for the Blind; Group 5 – Common Cold Defense; Group 7 – Touch Screen Remote; Group 11 – Motorized window Shade. |
| Amount of bid (US dollars): | $40,000 |
| Bidder Contact Information: | Name: Phone: Email: |
| Deliver:<br><br>(1) Via email:<br>simonyant@lanepowell.com<br>Phone: 206-223-7082<br>　　　　OR<br>(2) Via filing with the Bankruptcy Court for the Western District of Washington in Case No. 09-10188 | |

Bidder submits that the full amount of the bid will be paid within twenty one (21) days of entry of an Order by the Bankruptcy Court in the Chapter 11 case of Lawrence Kates, Case No. 09-10188, approving the sale of the Groups of patent-related assets referenced herein.

124867.0001/5771711.1

# EXHIBIT "B"

Assignment

## ASSIGNMENT

In consideration of the Purchase Price to be paid under the terms of the ORDER APPROVING SALE OF REMAINING ESTATE PATENT-RELATED ASSETS TO STALKING HORSE BIDDER OR OTHER PREVAILING BIDDER UNDER PROPOSED BID PROCEDURES (the "Order"), attached hereto as Exhibit A, the Bankruptcy Estate of Lawrence Kates (Bankr. W.D. Wash., No 09-10188-TWD) (the "Assignor"),

Hereby sells, assigns, transfers and conveys unto
_____, (hereinafter termed "Assignee"),

its successors, assigns and legal representatives, the entire right, title and interest (a) in and to United States patents identified on Appendix A to the Order (hereinafter the "Subject Patents") and in and to United States and foreign patent applications identified on Exhibit A to the Order (hereinafter "Subject Patent Applications"); (b) in and to all rights to apply in any and all countries of the world for patents, certificates of inventions or other governmental grants on said patent applications, including the right to apply for patents pursuant to the International Convention for the Protection of Industrial Property or pursuant to any other convention, treaty, agreement or understanding; (c) in and to each and every reissue or extension of any of said patents; and (d) in and to each and every patent resulting from a reexamination certificate for any and all of said patents.

The aforementioned patents and patent applications to be held by Assignee for its own use and the use of its successors, assigns and other legal representatives, as fully and entirely as the same would have been held by Assignor if this assignment had not been made, as assignee of its entire right, title and interest therein.

The Subject Patents, the Subject Patent Applications and all other rights described herein and assigned with this Assignment are assigned on an "as is" and "where is" basis, without any warranties or representations.

IN WITNESS WHEREOF, the Plan Administrator for the Assignor has executed this instrument on the date as given below and delivered this instrument to said Assignee:

_____
Signature

_____
Name

_____
Title

_____           Stapleton Group, Inc., Plan Administrator for the Assignor,
Date                             Bankruptcy Estate of Lawrence Kates

1

STATE OF CALIFORNIA        )
                          )  ss
COUNTY OF _____      )

On this ____ day of _____, 2013, before me personally appeared _____
_____, who stated that he is the _____ of Stapleton Group, Inc., authorized to sign
this instrument on behalf of said entity, and acknowledged it to be his free and voluntary act and
deed, for the uses and purposes therein mentioned.

Subscribed and sworn to before me on _____, 2013.

_____

Print Name: _____

NOTARY PUBLIC for the State of

California, residing at _____

My appointment expires:_____

2

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:                                    )
                                          )      No. 09-10188-TWD
Lawrence Kates,                           )
                                          )      [PROPOSED] ORDER APPROVING
                           Debtor.        )      SALE OF REMAINING ESTATE
                                          )      PATENT-RELATED ASSETS
                                          )
                                          )
                                          )
                                          )
                                          )
_____ )

THIS MATTER having come before the Court upon the Plan Administrator's (the

"PA's") Motion (the "Sale Motion") for entry of an Order Approving Sale of Remaining

Estate Patent-Related Assets to Stalking Horse Bidder or Other Prevailing Bidder Under

Proposed Bid Procedures (the "Bid Procedures"); and the Court having duly considered the

Sale Motion with all the supporting declarations, the responses thereto, as well as the

arguments of counsel, if any, and the Court having determined that the PA's proposed Bid

Procedures outlined in the Motion are adequate and fair; and the Court having determined that

the all-cash purchase offer submitted by the Prevailing Bidder or the Alternative Prevailing

Bidder (as the terms are defined in the Sale Motion) is in the best interests of the Estate and its

creditors; and the Court having determined that the notice given of the Sale Motion was

ORDER APPROVING SALE OF REMAINING
PATENT-RELATED ASSETS - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

124867.0001/5758556.1

1  sufficient and appropriate under the circumstances; now, therefore it is hereby ORDERED as

2  follows:

3     1.     The sale of the patent-related assets identified on Appendix A attached hereto,

4  and all the foreign applications, abandoned U.S. applications and the pending U.S.

5  applications (the "Subject Patents"), to the Prevailing Bidder for the purchase price of

6  $_____ (the "Purchase Price") is in the best interests of the Estate, and is hereby approved.

7     2.     The Prevailing Bidder is required to submit the Purchase Price no later than 21

8  days following entry of the Order approving the sale of the Subject Patents.

9     3.     The sale of the Subject Patents to the Alternative Prevailing Bidder, should the

10  Prevailing Bidder fail to submit the Purchase Price within 21 days of entry of an Order

11  approving the sale, for the purchase price of $_____ is in the best interests of the Estate, and

12  is hereby approved.

13     4.     The PA is authorized to take any further action necessary for the

14  consummation of the sale, including, without limitation, the transfer and assignment of all

15  rights in the Subject Patents to the Prevailing Bidder or the Alternative Prevailing Bidder,

16  with all transfer costs, if any, to be borne by the purchaser.

17     5.     The sale of the Subject Patents to the Prevailing Bidder or the Alternative

18  Prevailing Bidder is determined to be a sale to a good faith purchaser, free and clear of any

19  interests in the Subject Patents, pursuant to 11 U.S.C. §§363(b), (f) and (m).

20                              ### End of Order ###

21  Presented by:

22

23

24

25

26

ORDER APPROVING SALE OF REMAINING
PATENT-RELATED ASSETS - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

124867.0001/5758556.1

1  LANE POWELL PC

2

3  By: _/s/ Tereza Simonyan_____
        Bruce W. Leaverton, WSBA No. 1532
4       Tereza Simonyan, WSBA No. 4141
     Attorneys for Stapleton Group, Inc., the Plan Administrator
5
     Lane Powell PC
6    1420 Fifth Avenue, Suite 4100
     Seattle, WA 98101-2338
7    Phone: 206-223-7000

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER APPROVING SALE OF REMAINING
PATENT-RELATED ASSETS - 3

124867.0001/5758556.1

# APPENDIX "A"

# List of Assigned Intellectual Property and Licenses

# Security & Detection (#16)

| Patent/Publication No. | Application | Title |
|---|---|---|
| US 7411497 | 11/464,731 | |
| EP 2052372 | | |
| US 2008042824 | 11/464,731 | |
| US 2008278308 | 12/182,035 | System and method for intruder detection |
| US 2010289641 | 12/780,852 | |
| US 20120105,229 | 13/344,465 | |
| WO 2008020893 | PCT/US07/005106 | |
| | 11/464,731 | |
| | 12/182,035 | |
| | 13/344,465 | |
| | 12/780,852 | |
| US 7336168 | 11/145,880 | |
| AU 2006255737 | | |
| CA 2609759 | | |
| CN 101194293 | | |
| EP 1889234 | | |
| JP 2008546089 | | |
| KR 20080019273 | | |
| MX 2007015264 | | |
| RU 2007146262 | | System and method for variable threshold sensor |
| US 2006273896 | 11/145,880 | |
| | 11/145,880 | |
| US 2008141754 | 12/036,915 | |
| | 12/036,915 | |
| US 2010206039 | 12/684,715 | |
| | 12/684,715 | |
| WO 2006132745 | PCT/US06/17473 | |
| IN 9229/DELNP/2007 | | |

# Water Leak Detection (#6)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 2008284590 | 12/182,086 | |
| US 7893812 | 12/182,086 | Authentication codes for building/area code address |
| | 12/182,086 | |
| US 7893828 | 12/182,065 | |
| US 2008278315 | 12/182,065 | Bi-directional hand-shaking sensor system |
| | 12/182,065 | |
| US 7403097 | 11/415,767 | |
| US 2006208877 | 11/415,767 | |
| | 11/415,767 | |
| US 7460006 | 11/431,812 | |
| US 20060220835 | 11/431,812 | |
| | 11/431,812 | |
| US 20080278315 | 12/182,065 | Conformal repeater unit |
| | 12/182,065 | |
| US 2008318521 | 12/173,610 | |
| | 12/173,610 | |
| US 2009184810 | 12/274,244 | |
| | 12/274,244 | |
| US 7936264 | 12/182,094 | |
| US 2008303654 | 12/182,094 | Measuring conditions within a wireless sensor system |
| | 12/182,094 | |
| US 2005262923 | 10/856,395 | Method and apparatus for detecting conditions |
| | 10/856,395 | favorable for growth of fungus |
| US 7561057 | 11/216,225 | |
| | 11/216,225 | |
| AU 2006285327 | | |
| CA 2621156 | | |
| CN 101283257 | | |
| EP 1931961 | | |
| JP 2009506286 | | Method and apparatus for detecting severity of water |
| KR 20080038442 | | leaks |
| RU 2008110526 | | |
| WO 2007027342 | PCT/US06/029784 | |
| MX 2008002766 | | |
| US 2006007008 | 11/216,225 | |
| | 12/500,536 | |
| IN 1962/DELNP/2008 | | |

# Water Leak Detection (#6)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 7218237 | 10/856,717 | Method and apparatus for detecting water leaks |
| US 2005275547 | 10/856,717 | |
| | 10/856,717 | |
| US 7583198 | 11/748,388 | |
| US 2007211076 | 11/748,388 | |
| | 11/748,388 | |
| US 8031079 | 12/549,137 | |
| US 2010188206 | 12/549,137 | |
| | 12/549,137 | |
| US 2007211076 | 11/748,388 | |
| | 11/748,388 | |
| US 20120019388 | 13/251,449 | |
| | 13/251,449 | |
| US 7893827 | 12/182,080 | Method of measuring signal strength in a wireless sensor system |
| US 2008278310 | 12/182,080 | |
| | 12/182,080 | |
| US 7528711 | 11/314,807 | Portable monitoring unit |
| US 2007139183 | 11/314,807 | |
| | 11/314,807 | |
| AU 2006327183 | | |
| CA 2631170 | | |
| CN 101341521 | | |
| EP 1964083 | | |
| JP 2009520262 | | |
| KR 20080081975 | | |
| RU 2008128509 | | |
| WO 2007073417 | PCT/US06/32680 | |
| IN 5307/DELNP/2008 | | |
| US 7230528 | 11/231,321 | Programmed wireless sensor system |
| | 11/231,321 | |
| AU 2006292764 | | |
| CA 2623003 | | |
| CN 101292273 | | |
| EP 1927090 | | |
| JP 2009509237 | | |
| KR 20080045293 | | |
| RU 2008114637 | | |
| US 2007063833 | 11/231,321 | |
| US 2007229237 | 11/761,845 | |
| | 11/761,845 | |
| WO 2007035219 | PCT/US06/032309 | |
| IN 2579/DELNP/2008 | | |

# Water Leak Detection (#6)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 7199701 | 10/718,374 | |
| US 2005107033 | 10/718,374 | |
| | 10/718,374 | |
| AU 2004297935 | | |
| CA 2545421 | | Repeater unit |
| EP 1690439 | | |
| EP 1909540 | | |
| JP 2007511976 | | |
| WO 2005057989 | PCT/US04/033953 | |
| AU 2006223615 | | |
| CA 2599896 | | |
| CN 101288210 | | |
| EP 1864356 | | |
| JP 2008533812 | | |
| KR 20070116828 | | |
| RU 2007136954 | | |
| US 2005164630 | 11/078,576 | Repeater unit with fluorescent ballast |
| | 11/078,576 | |
| US 2008094189 | 11/876,369 | |
| | 11/876,369 | |
| WO 2006098833 | PCT/US06/04903 | |
| MX 2007010916 | | |
| IN 6956/DELNP/2007 | | |
| US 7623028 | 11/494,988 | |
| | 11/494,988 | |
| EP 2047444 | | |
| US 2006267756 | 11/494,988 | System and method for high-sensitivity sensor |
| | 11/494,988 | |
| US 2010271217 | 12/624,838 | |
| | 12/624,838 | |
| WO 2008016394 | PCT/US07/005045 | |
| US 7412876 | 11/761,760 | |
| | 11/761,760 | |
| US 2007234784 | 11/761,760 | |
| US 7228726 | 10/948,628 | |
| | 10/948,628 | |
| US 2006059977 | 10/948,628 | |
| US 7669461 | 12/193,641 | |
| | 12/193,641 | |
| US 2008302172 | 12/193,641 | System and method for utility metering and leak detection |
| AU 2005290014 | | |
| CA 2600976 | | |
| CN 101036042 | | |
| EP 1800103 | | |
| JP 2008514917 | | |
| MX 2007003405 | | |
| WO 2006036513 | PCT/US05/032233 | |
| IN 2134/DELNP/2007 | | |

# Water Leak Detection (#6)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 7982602 | 12/182,092 | |
| US 2008278342 | 12/182,092 | Testing for interference within a wireless sensor system |
| | 12/182,092 | |
| US 7042352 | 10/856,170 | |
| US 2005275527 | 10/856,170 | Wireless repeater for sensor system |
| | 10/856,170 | |
| US 7102504 | 10/856,387 | |
| US 2005275529 | 10/856,387 | Wireless sensor monitoring unit |
| | 10/856,387 | |
| US 7102505 | 10/856,390 | |
| US 2005275530 | 10/856,390 | |
| | 10/856,390 | |
| AU 2005251101 | | |
| BRP I0511337 | | |
| CA 2566606 | | Wireless sensor system |
| CN 1981313 | | |
| EP 1756783 | | |
| MXPA 06013587 | | |
| WO 2005119609 | PCT/US05/016027 | |
| IN 7178/DELNP/2006 | | |
| US 7142107 | 10/856,231 | |
| | 10/856,231 | |
| US 20050275529 | 10/856,231 | Wireless sensor unit |
| US 7411494 | 11/562,313 | |
| US 2007090946 | 11/562,313 | |
| | 11/562,313 | |
| US 7817031 | 12/182,079 | |
| | 12/182,079 | |
| US 2008278316 | 11/562,313 | Wireless transceiver |
| | 11/562,313 | |
| US 2011025501 | 12/905,248 | |
| | 12/905,248 | |
| IN 3048/DELNP/2008 | | |
| US 20110093217 | 12/980,167 | |
| US 20090153336 | 12/390,166 | |
| | 12/390,166 | Method and apparatus for detecting moisture in building materials |
| US 20070139208 | 11/562,352 | |
| | 11/562,352 | |
| US 7142123 | 11/233,931 | |
| | 11/233,931 | |

# Animal Training (#3)/ Pest (#12)/ Rodent (#4)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 7424867 | 10/994,876 | |
| US 2006011145 | 10/994,876 | |
| | 10/994,876 | Camera system for canines, felines, or other animals |
| RU 2007105206 | | |
| US 20120006282 | 12/983,765 | |
| | 12/983,765 | |
| US 7328671 | 11/417,571 | |
| US 20060196446 | 11/417,571 | |
| | 11/417,571 | System and method for canine training |
| US 20060196445 | 11/417,443 | |
| | 11/417,443 | |
| US 2008036594 | 11/836,695 | |
| | 11/836,695 | |
| US 7617799 | 12/027,166 | System and method for computer-controlled animal toy |
| US 20080216765 | 12/027,166 | |
| | 12/027,166 | |
| | 12/617,601 | |
| US 2006201433 | 11/417,941 | |
| US 2006201436 | 11/417,394 | System and method for computer-controlled pet food system |
| | 11/417,941 | |
| US 2008223300 | 12/131,767 | |
| | 12/131,767 | System and method for computer-controlled pet water dispenser |
| US 7380518 | 11/417,394 | |
| | 11/417,394 | |
| AU 2006227936 | | |
| AU 2011200929 | | |
| CA 2602087 | | |
| CN 101147051 | | |
| EP 1864096 | | |
| JP 2008536774 | | |
| RU 2007138928 | | |
| US 2006213904 | 11/086,602 | System and method for monitoring food |
| WO 2006101651 | PCT/US06/06124 | |
| MX 2007011596 | | |
| US 7372003 | 11/086,602 | |
| | 11/086,602 | |
| KR 1020080009085 | | |
| IN 7032/DELNP/2007 | | |

# Animal Training (#3)/ Pest (#12)/ Rodent (#4)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 7286056 | 11/086,023 | System and method for pest detection |
|  | 11/086,023 |  |
|  | 11/086,023 |  |
| US 7504956 | 11/876,523 |  |
|  | 11/876,523 |  |
| US 2008069401 | 11/876,523 |  |
| AU 2006227939 |  |  |
| CA 2602363 |  |  |
| CN 101170901 |  |  |
| EP 1863341 |  |  |
| JP 2008533987 |  |  |
| RU 2007138927 |  |  |
| US 2009002493 | 12/205,529 |  |
|  | 12/205,529 |  |
| WO 2006101654 | PCT/US06/06188 |  |
| IN 7065/DELNP/2007 |  |  |
| MX 2007011648 |  |  |
| KR 20080009085 |  | System for monitoring food |
| KR 20070116122 |  | System for pest detection |
| US 7634975 | 12/204,528 | Training and behavior controlling system for canines, felines, or other animals |
| US 2008314335 | 12/204,528 |  |
|  | 12/204,528 |  |
| US 7861676 | 12/250,390 | Training guidance system for canines, felines, or other animals |
|  | 12/250,390 |  |
| AU 2005275499 |  |  |
| CA 2573755 |  |  |
| CN 101014240 |  |  |
| EP 1773114 |  |  |
| US 7434541 | 11/029,567 |  |
| US 2006011146 | 11/029,567 |  |
|  | 11/029,567 |  |
| US 2009031966 | 12/204,528 |  |
| WO 2006019488 | PCT/US05/021586 |  |
| IN 642/DELNP/2007 |  |  |
| US 7409924 | 10/893,549 | Training, management, and/or entertainment system for canines, felines, or other animals |
| US 2006011144 | 10/893,549 |  |
|  | 10/893,549 |  |

## List of Assigned Intellectual Property and Licenses

### Fire Detection (#1)/ Deaf (#9)/ Wear Electronics (#13)/ Blind (#8)/ Cold Def. (#5)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 7347384 | 11/620,587 | |
| US 2007102538 | 11/620,587 | |
| | 11/620,587 | |
| US 7168632 | 11/152,037 | |
| US 2006278728 | 11/152,037 | |
| | 11/152,037 | |
| US 7658336 | 12/051,375 | |
| US 2008223950 | 12/051,375 | |
| | 12/051,375 | |
| AU 2006259863 | | |
| CA 26142114 | | |
| CN 101198250 | | Multi-zone sprinkler system with moisture sensors and configurable spray pattern |
| EP 1890530 | | |
| US 7658336 | | |
| AU 2006259863 | | |
| JP 2008546521 | | |
| KR 20080015928 | | |
| MX 2007015501 | | |
| RU 2007146263 | | |
| WO 2006138009 | PCT/US06/18878 | |
| IN 31/DELNP/2008 | | |
| US 20100012744 | 12/174,548 | |
| | 12/174,548 | |
| US 7552730 | 11/062,175 | |
| US 20050166919 | 11/062,175 | |
| | 11/062,175 | |
| US 7073500 | 10/445,140 | |
| US 2004231668 | 10/445,140 | Method and apparatus for defending against naso-phareyngeal viral attacks |
| | 10/445,140 | |
| EP 1628697 | | |
| US 20060231095 | 11/425,620 | |
| | 11/425,620 | |
| WO2004112872 | PCT/US04/16259 | |

## List of Assigned Intellectual Property and Licenses

### Fire Detection (#1)/ Deaf (#9)/ Wear Electronics (#13)/ Blind (#8)/ Cold Def. (#5)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 7356473 | 11/041,166 | |
| US 2006167687 | 11/041,166 | |
| | 11/041,166 | |
| AU 2005325108 | | |
| CA 2595510 | | |
| CN 101124617 | | |
| EP 1846907 | | |
| JP 2008529126 | | Management and assistance system for the deaf |
| KR 20070096028 | | |
| MX 2007008766 | | |
| RU 2007131549 | | |
| US 2008120103 | 12/022,086 | |
| | 12/022,086 | |
| WO 2006078401 | PCT/US05/46246 | |
| | 12/728,090 | |
| IN 5254/DELNP/2007 | | |
| US 7299034 | 11/158,932 | |
| US 2006286972 | 11/158,932 | |
| | 11/158,932 | |
| AU 2006262662 | | |
| CA 2612197 | | |
| CN 101204072 | | |
| EP 1894393 | | |
| JP 2008547317 | | System and method for wearable electronics |
| KR 20080018269 | | |
| MX 2007015940 | | |
| RU 2007146264 | | |
| US 2008040951 | 11/925,401 | |
| | 11/925,401 | |
| WO 2007001724 | PCT/US06/20893 | |
| IN 9486/DELNP/2007 | | |
| IN 4060/DELNP/2007 | | |
| MX/a/2007/006809 | | |
| EP 1829014 | | |
| KR 1020070089181 | | Management and navigation system for blind |
| US 20060129308 | 11/009,949 | |
| | 11/009,949 | |
| WO/2006/065430 | | |
| IN 5860/DELNP/2008 | | |
| US 20070199040 | 11/361,063 | |
| | 11/361,063 | Multi-channel parallel digital video recorder |
| US 20110280545 | 12/724,325 | |
| | 12/724,325 | |

# List of Assigned Intellectual Property and Licenses

## Fire Detection (#1)/ Deaf (#9)/ Wear Electronics (#13)/ Blind (#8)/ Cold Def. (#5)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| IN 3239/DELNP/2007 | | System and method for zone heating and cooling |
| US 20090183253 | 12/390,244 | |
| | 12/390,244 | VIRUS-RESISTANT COMPUTER WITH DATA INTERFACE FOR FILTERING DATA |
| US 20070220187 | 11/385,024 | |
| | 11/385,024 | |
| IN 7688/DELNP/2008 | | |

# List of Assigned Intellectual Property and Licenses

# Touch Screen Remote (#7)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 7461343 | 10/983,419 | |
| AU 2005305305 | | |
| BRP I0517530 | | |
| CA 2585897 | | |
| CN 101057208 | | |
| EP 1812846 | | |
| JP 2008519550 | | Touch-screen for remote control for multimedia equipment |
| KR 20070085536 | | |
| MX 2007005304 | | |
| US 2006101338 | 10/983,419 | |
| US 2009184926 | 12/274,301 | |
| WO 2006052347 | PCT/US05/35822 | |
| IN 4062/DELNP/2007 | | |

# List of Assigned Intellectual Property and Licenses

# Motorized Window Shade (#11)

| Patent/Publication No. | Application No. | Title |
|---|---|---|
| US 7389806 | 11/065,487 | |
| AU 2006217091 | | |
| CA 2597989 | | |
| CN 101160444 | | |
| EP 1853787 | | |
| JP 2008531879 | | |
| KR 20070102748 | | Motorized window shade system |
| MX 2007010341 | | |
| RU 2007134964 | | |
| US 2006185799 | 11/065,487 | |
| US 2008236763 | 12/137,261 | |
| WO 2006091303 | PCT/US06/02285 | |
| IN 6560/DELNP/2007 | | |